FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

DEC 2 4 2014

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

Taneashia S. Brown
_____
Plaintiff,

1-14-CV-4067

v.                        Case Number:

Kroger / MARK ButtER
_____
Defendant.

## Filing for Motion

I Taneashia S. Brown is Requesting for a lawyer to help my case.

Thx.