U.S.D.C. Atlanta

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

FEB 26 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

By: _____
Deputy Clerk

Taneashia Brown
(Print your full name)

Plaintiff *pro se,*

v.

Mark Bulter

Kroger
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1 14-CV-4067 **LMM**
(to be assigned by Clerk)

Taneashia S. Brown

Taneashia S. Brown

2-25-15

This is a notice to file.
I TANEASHIA BROWN have better
Pictures to show that the fish was
not old in color. I also have pictures
of the same thing to show the pictures was (taken)
in the
same day