RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 2 3 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

Taneashia Brown

(Print your full name)

Plaintiff *pro se*,

v.

Mark Bulter

_____

Kroger

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1 14-CV-4067

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those
    that apply):

    _____ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
    seq., for employment discrimination on the basis of race, color,
    religion, sex, or national origin, or retaliation for exercising rights
    under this statute.

    **NOTE**: To sue under Title VII, you generally must have
    received a notice of right-to-sue letter from the Equal
    Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) Wrongful termantion Gender | Race and changing the policy. of my schedule schedule should not be (Non-Daramintion) at all

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.   Plaintiff.   Print your full name and mailing address below:

Name   Taneashira Brown

Address   1134 Donnelly Ave

Atlanta Ga 30310

4.   Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name   Kroger Co   C/o Talx UC express

Address   P.O. Box 283

st louis Mo 63166-0283

Name   Mark Butter

Address   136 Pryor St

Atlanta ga 30303

Name   _____

Address   _____

_____

## Location and Time

5.   If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

6.  When did the alleged discrimination occur? (State date or time period)

      8 - 25 - 2013

---

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?  $\sqrt{}$ Yes _____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    $\sqrt{}$ Yes _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9.  If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes     _√_ No     _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes     _√_ No     _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

Page 5 of 9

## Nature of the Case

12.  The conduct complained about in this lawsuit involves (check only those that apply):

|   | |
|---|---|
| | failure to hire me |
| | failure to promote me |
| ✓ | demotion |
| | reduction in my wages |
| | working under terms and conditions of employment that differed from similarly situated employees |
| ✓ | harassment |
| ✓ | retaliation |
| ✓ | termination of my employment |
| | failure to accommodate my disability |
| | other (please specify) _____ |

13.  I believe that I was discriminated against because of (check only those that apply):

my race or color, which is _____ R∂℘℘ _____

my religion, which is _____

my sex (gender), which is _____ male    ✓ female

my national origin, which is _____

my age (my date of birth is _____ )

my disability or perceived disability, which is:
_____ Retaliation, harassment

✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I Taneashia Brown have Invoice that the fish was not old and I also have pictures ask well. Why my employer only have a video tape that show, me working. This is my employer evidence. I have better pictures in phone to show time and date.

I did not have a chance to present all my evidence of Ignorance of the fact and the Issue. Kroger do not have proper cause, any I witness or any customers compliants.

Also this is retaliation against me because I had jury summons on 8/20/2013 candidate ID: 000585358

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.  Plaintiff      ~~No~~      still works for defendant(s)
     ~~No~~      no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for
     reasonable accommodation?      _____ Yes      __√__ No

     If you checked "Yes," please explain: _____

     _____

     _____

     _____

     _____

17.  If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury
     trial.  Do you request a jury trial?      __√__ Yes      _____ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above,
plaintiff prays that the Court grant the following relief (check any that apply):

__√__      Defendant(s) be directed to _____

           _____

__√__      Money damages (list amounts) _____

           _____ $90,000 _____

__√__      Costs and fees involved in litigating this case

__√__      Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __23__ day of ___Dec.___ , 20 __14__

_Someshia Bown_

(Signature of plaintiff *pro se*)

Taneashia Brown

(Printed name of plaintiff *pro se*)

1134 Donnelly Ave

(street address)

Atlanta Ga 30310

(City, State, and zip code)

make me happy 72ayahoo.com

(email address)

678-508-1512

(telephone number)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Taneashia Brown<br>P.O. Box 160174<br>Atlanta, GA 30316 | From: Savannah Local Office<br>7391 Hodgson Memorial Drive<br>Suite 200<br>Savannah, GA 31406 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2013-06398 | Janice D. Smith,<br>Investigator | (912) 652-4238 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

SEP 2 2 2014

Enclosures(s)

Holly H. Aguilar,
Director

(Date Mailed)

cc:   Tony Denney
      THE KROGER CO. ATLANTA DIVISION
      P.O. Box 105520
      Atlanta, GA 30348

Aimee Jackson
SPIELBERGER LAW GROUP
202 S. Hoover Blvd
Tampa, FL 33609

to show that the fish was fresh. The fish
came in the store on 8/19/2013. I Do not
have access to the video of evidence. My employer
did not bring in the evidence that I subpoena.
I have been with this company since 2000.
I have work in every dept. in the store.
I only work as a seafood clerk 2 yrs. Not
when I was Hired.

My employer did not met the burden of
proof; They did not show fish or ticket
out of date. They also waited 5 days later
to discharge me. I was also denied from
the union. This is evidence of fraud.

Also this is retaliation against me.
I also had jury summons on 08/20/2013

Candidate ID: 000058 S358

My employer told me if i did not come
to work that I would be discharge.

I Taneashia Brown Request to be off on
this date. If you check my schedule,

This is the date 08/20/2013 Is said that I
wrap up old fish, but not sold the fish.

Chapter 9    ( Thank You for your )
                        GRATITUDE

TANEASNIA BROWN                    02/03/2014
ss. 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
Docket # 44543B13                  HEARING OFFICER
        x Taneashia Brown          SOLOMON GREEN II
                                   Board of Review
        APPEAL TO SUPERIOR COURT   RUTH F. CLAIBORNE
                                   chairperson

I TANEASNIA Brown is making and
saying an OATH that Everything that
I say and write is true. I am asking
for Argument and Oral Arguement.
Please Reverse The hearing officer and
The board of Review decision.

My employer (did not) have proper cause.
My employer (do not) have any I witness.
My employer (did not) have any customers
compliants.

My employer only have a video tape that
shows me working. This is my employer
evidence. But Keep in mind how can this be
evidence? When you can go back one day
to 30 days. To show I am a seafood clerk
and that's my job. Also on the video you can
(Not see the date on the package).

I did not have a chance to present all my
evidence of Ignorance of the fact and the Issue.
I did not Know until the hearing, plus the evidence
that I did have like pictures with it showing the
date on the fish. I also subpoena my employer
for video and a (cool Log-IN sheet.)    (2nd page)

to show that the fish was fresh. The fish came in the store on 8/19/2013. I Do not have access to the video of evidence. My employer did not bring in the evidence that I subpoena. I have been with this company since 2000. I have work in every dept. in the store. I only work as a seafood clerk 2 yrs. Not when I was Hired.

My employer did not met the burden of proof : They did not show fish or ticket out of date. They also waited 5 days later to discharge me. I was also denied from the union. This is evidence of fraud.

Also this is retaliation against me. I also had jury summons on 08/20/2013

Candidate ID : 00005853358

My employer told me if i did not come to work that I would be discharge.

I Taneashia Brown Request to be off on this date. If you check my schedule.

This is the date 08/20/2013 Is said that I wrap up old fish, but not sold the fish.

Chapter 9   ( Thank You for your GRATITUDE )





08112
FRESH ATLANTIC SALMON FILLETS
(GUARANTEED FRESH)
FARM RAISED
PRODUCT OF CHILE
LOT CODE: 61389
PACK DATE:06/02/13
SELL BY DATE:08/17/13
NET WEIGHT: 10 LB










# The Kroger Co

## Wall Schedule (011-Wall Schedule) for [011-Meat/*]

### Created: 6:53 AM 3/21/2013 by RS86154

### Date Range: 3/24/2013 - 3/30/2013

### The Kroger Co.Retail Supermarket.011-ATLANTA.0N.011-00364

Page 1 of 1

| Name | Sun 3/24 | Mon 3/25 | Tue 3/26 | Wed 3/27 | Thu 3/28 | Fri 3/29 | Sat 3/30 | Total |
|---|---|---|---|---|---|---|---|---|
| **Meat** | | | | | | | | |
| **Meat.Clerk** | | | | | | | | |
| SWALES, Sean | 9:00a-5:00p | 9:00a-5:00p | | 12:00p-8:00p | 8:00a-4:00p | | 8:00a-4:00p | 40.00 |
| SINGLETON, RONALD | 6:00a-2:00p | 7:00a-3:00p | 12:00p-8:00p | 7:00a-3:00p | | 7:00a-3:00p | 7:00a-3:00p | 48.00 |
| WOODS, CHRISTOPHER | 5:00a-1:00p | 6:00a-2:00p | 6:00a-2:00p | UnAvail | 6:00a-2:00p | UnAvail | 6:00a-2:00p | 40.00 |
| BROWN, TANESHIA | | | | | | | | 0.00 |
| HOLLIE, MONTESS | 7:00a-11:00a | | 7:00a-11:00a | | | 7:00a-11:00a | | 12.00 |
| ROGERS, JESSE | 5:00p-9:00p | | | | 4:00p-8:00p | 3:00p-8:00p | | 13.00 |
| GIBSON, RICHARD | 7:00a-12:00p | 1:00p-8:00p | | 7:00a-12:00p | | 7:00a-12:00p | 3:00p-9:00p | 28.00 |
| **Meat** | **37.00** | **31.00** | **20.00** | **21.00** | **20.00** | **22.00** | **30.00** | **181.00** |
| **Seafood** | | | | | | | | |
| **Seafood.Service Clerk** | | | | | | | | |
| LAVELLE, ALVIN | | | | | | | | 0.00 |
| MONTGOMERY, ANTHONY | UnAvail | | | | UnAvail | | | 0.00 |
| JONES, MELODY | | | | | | | UnAvail | 0.00 |
| CONNOR, JONATHAN | | | | | | | | 0.00 |
| **Seafood** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total** | **37.00** | **31.00** | **20.00** | **21.00** | **20.00** | **22.00** | **30.00** | **181.00** |

## The Kroger Co
### Wall Schedule (011-Wall Schedule) for [011-Meat/*]
Created: 1:09 PM 3/1/2013 by RS86154
Date Range: 3/3/2013 - 3/9/2013
### The Kroger Co.Retail Supermarket.011-ATLANTA.0N.011-00364
Page 1 of 1

| Name | Sun 3/3 | Mon 3/4 | Tue 3/5 | Wed 3/6 | Thu 3/7 | Fri 3/8 | Sat 3/9 | Total |
|---|---|---|---|---|---|---|---|---|
| **Meat** | | | | | | | | |
| **Meat.Clerk** | | | | | | | | |
| SWALES, Sean | • 9:00a-5:00p | | 9:00a-5:00p | 011-00465 11:00a-7:00p | 9:00a-5:00p | 011-00465 11:00a-7:00p | | 24.00 |
| SINGLETON, RONALD | 6:00a-2:00p | 12:00p-8:00p | | 7:00a-3:00p | 7:00a-3:00p | 7:00a-3:00p | 7:00a-3:00p | 48.00 |
| WOODS, CHRISTOPHER | 4:00a-12:00p | 6:00a-2:00p | 6:00a-2:00p | UnAvail | 6:00a-2:00p | UnAvail | 6:00a-2:00p | 40.00 |
| BROWN, TANESHIA | 6:00a-2:00p | Nino Kyera 10-6 | | NoPay Diann 11:30-4:30 | Smith Jesse 10-3 | 9:00a-5:00p | 9:00a-5:00p | 24.00 |
| HOLLIE, MONTESS | | 7:00a-11:00a | | 7:00a-11:15a | | | | 8.25 |
| ROGERS, JESSE | | Personal 4.00 | 5:00p-9:00p | 3:00p-8:00p | 3:00p-8:00p | 4:00p-8:00p | | 18.00 |
| GIBSON, RICHARD | 3:00p-8:00p | 7:00a-12:00p | | 7:00a-12:00p | | | 3:00p-9:00p | 21.00 |
| CONNOR, JONATHAN | | | | 7:00a-3:00p Seafood Service Clerk | 1:00p-9:00p Seafood Service Clerk | | 3:00p-9:00p Seafood Service Clerk | 22.00 |
| **Meat** | 37.00 | 25.00 | 20.00 | 24.25 | 29.00 | 20.00 | 32.00 | 187.25 |
| **Seafood** | | | | | | | | |
| **Seafood.Service Clerk** | | | | | | | | |
| LAVELLE, ALVIN | 6:00a-2:00p | 7:00a-3:00p | 7:00a-3:00p | | 7:00a-3:00p | 7:00a-3:00p | 6:00a-2:00p | 48.00 |
| MONTGOMERY, ANTHONY | 12:00p-8:00p | 5:00p-9:00p | | 5:00p-9:00p | UnAvail | 5:00p-9:00p | 11:00a-5:00p | 26.00 |
| JONES, MELODY | | 3:00p-7:00p | 3:00p-9:00p | 3:00p-7:00p | 3:00p-7:00p | 3:00p-7:00p | UnAvail | 22.00 |
| **Seafood** | 16.00 | 16.00 | 14.00 | 14.00 | 20.00 | 16.00 | 18.00 | 114.00 |
| **Total** | 53.00 | 41.00 | 34.00 | 38.25 | 49.00 | 36.00 | 50.00 | 301.25 |

# WEEKLY TIME SCHEDULE

WEEK ENDING 2/23/13

SKIPPODO # 36 4

| NAME | SUNDAY 17 | | | MONDAY 18 | | | TUESDAY 19 | | | WEDNESDAY 20 | | | THURSDAY 21 | | | FRIDAY 22 | | | SATURDAY 23 | | | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N-I | -O | S-HI | N-I | -O | S-HI | N-I | -O | S-HI | N-I | -O | S-HI | N-I | -O | S-HI | N-I | -O | S-HI | N-I | -O | S-HI | |
| KEVIN | 6 | 2 | 0 | 7 | 3 | 0 | 7 | 3 | 0 | | | | 7 | 3 | 0 | 7 | 3 | 0 | 6 | 2 | 0 | 48 |
| MATTHEW | | | | 5 | 10 | 5 | 5 | 10 | 5 | 5 | 0 | 5 | | | | 5 | 10 | 5 | 7 | 0 | 8 | 36 |
| MELODY | 12 | 8 | 8 | 3 | 9 | 6 | 3 | 9 | 6 | 7 | 3 | 8 | 11 | 7 | 8 | 3 | 9 | 6 | 2 | 10 | 8 | 30 |
| FAN | | | | | | | | | | | | | | | | | | | | | | 16 |
| JOHNATHAN | | | | | | | | | | | | | | | | | | | | | | 0 |

HOURS BUDGET FROM ELMS

TOTAL HOURS SCHEDULED

MANAGEMENT INITIALS

3401130110035

Sc 3418 (Rev. 7/08)

| 011-Wall Schedule | | | | 011-Meat:GRP/* | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|
| District: 0N, Location: 011-00364 | | | | 9/1/2013 - 9/7/2013 | | | Created: 8/29/2013 2:03:45PM by RS86154 | |

| Name | Sun 9/1 | Mon 9/2 | Tue 9/3 | Wed 9/4 | Thu 9/5 | Fri 9/6 | Sat 9/7 | Total |
|---|---|---|---|---|---|---|---|---|

**Management**

| Name | Sun 9/1 | Mon 9/2 | Tue 9/3 | Wed 9/4 | Thu 9/5 | Fri 9/6 | Sat 9/7 | Total |
|---|---|---|---|---|---|---|---|---|
| WOODS, CHRISTOPHER | 4:00a-12:00p | 6:00a-2:00p | 6:00a-2:00p | Unavail | 6:00a-2:00p | Unavail | 6:00a-2:00p | 40.00 |
| NOSWORTHY, JEREMY | OFF | 8:00a-4:00p | OFF | 7:00a-3:00p Seafood.Service Clerk | 7:00a-3:00p | 7:00a-3:00p | 8:00a-4:00p | 40.00 |
| SINGLETON, RONALD | 6:00a-2:00p | 7:00a-3:00p | OFF | 6:00a-2:00p | 11:00a-7:00p | 7:00a-3:00p | 7:00a-3:00p | 48.00 |

**Meat.Clerk**

| Name | Sun 9/1 | Mon 9/2 | Tue 9/3 | Wed 9/4 | Thu 9/5 | Fri 9/6 | Sat 9/7 | Total |
|---|---|---|---|---|---|---|---|---|
| ROGERS, JESSE | 3:00p-7:00p | 4:00p-8:00p | 4:00p-8:00p | 3:00p-7:00p | OFF | OFF | 4:00p-8:00p | 20.00 |
| GIBSON, RICHARD | 8:00a-3:00p | OFF | 8:00a-4:00p | 8:00a-3:00p | OFF | 11:00a-7:00p | OFF | 30.00 |

**Seafood.Service Clerk**

| Name | Sun 9/1 | Mon 9/2 | Tue 9/3 | Wed 9/4 | Thu 9/5 | Fri 9/6 | Sat 9/7 | Total |
|---|---|---|---|---|---|---|---|---|
| LAVELLE, ALVIN | 6:00a-2:00p | 7:00a-3:00p | 7:00a-3:00p | OFF | 7:00a-3:00p | 7:00a-3:00p | 7:00a-3:00p | 48.00 |
| BROWN, TANESHIA | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |
| MONTGOMERY, ANTHONY | Unavail | 4:00p-9:00p | OFF | 5:00p-9:00p | Unavail | 4:00p-10:00p | 3:00p-9:00p | 21.00 |
| JONES, MELODY | 3:00p-8:00p | OFF | 3:00p-7:00p | 3:00p-7:00p | 3:00p-9:00p | 3:00p-7:00p | Unavail | 23.00 |

# SEAFOOD DEPT RECEIVING RECORD

PERIOD: 8TH  WEEK: 1ST

| ORDER DATE | INV # | CATALOG 72 Ship QTY | RETAIL | COST |
|---|---|---|---|---|
| 8/19 | 018634 | 14 | 609.05 | 494.78 |
| 8/24 | 027050 | 7 | 314.40 | 195.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ORDER DATE | INV # | CATALOG 45 Ship QTY | RETAIL | COST |
|---|---|---|---|---|
| 8/19 | 016334 | 34 | | 1361.28 |
| 8/19 | 006374 | 7 | 305.28 | 139.56 |
| 8/21 | 032654 | 8 | 349.30 | 214.30 |
| 8/21 | 006898 | 29 | 2010.49 | 1008.49 |
| 8/21 | 000898 | 8 | 378.24 | 174.24 |
| 8/21 | 007976 | 32 | 1700.54 | 911.33 |
| 8/24 | 007976 | 4 | 173.58 | 77.94 |

WEEK ENDING: 8/18

| ORDER DATE | INV # | CATALOG 07 Ship QTY | RETAIL | COST |
|---|---|---|---|---|
| 8/18 | 020023 | 18 | 1436.09 | 951.08 |
| 8/18 | 020022 | 34 | 3521.86 | 2323.01 |
| 8/19 | 021655 | 19 | 1782.18 | 1377.04 |
| 8/19 | 021655 | 38 | 3483.56 | 2189.99 |
| 8/21 | 024549 | 16 | 1636.05 | 1192.15 |
| 8/21 | 024549 | 11 | 88.72 | 514.51 |
| 8/23 | 027512 | 23 | 1702.03 | 1376.93 |
| 8/23 | 027502 OTHER | 26 | 2659.84 | 1972.84 |

| ORDER DATE | INV # | Ship QTY | RETAIL | COST |
|---|---|---|---|---|
| 8/18 | 063182 | 19 | 439.88 | 276.0 |
| 8/21 | 065748 | 17 | 833.98 | 265.68 |
| 8/23 | 068133 | 1 | 23.77 | 15.80 |
| | | | | |
| | | | | |

**JURY SUMMONS, FULTON COUNTY COURTS, FULTON COUNTY, ATLANTA, GEORGIA**

THIS SUMMONS ALSO CONFIRMS YOUR ELIGIBILITY FOR JURY SERVICE IN THE
SUPERIOR, STATE OR PROBATE COURT OF FULTON COUNTY

You are hereby summoned to appear before the Court of Fulton County, 185 Central Ave., S.W., Atlanta, Georgia, on the date, time and room as indicated to the right to serve as a juror.

Chief Judge, Superior Court of Fulton County, Atlanta Judicial Court

ATTENTION jurors with an ODD NUMBERED STANDBY STATUS

NOTICE: Failure to obey this summons is punishable as contempt of court, including a fine and/or imprisonment. (O.C.G.A § 15-12-10)

Persons of the same name (e.g. Sr. or Jr.) living in the same household, please call the court to verify which person is summoned.

TEAR
HERE

BRING THE ABOVE JUROR BADGE WITH YOU WHEN REPORTING.

TANEASHIA S BROWN
PO BOX 160174
ATLANTA GA  30316-1003

☐ My corrected address is:

CANDIDATE ID: 000588358
SERVICE DATE: 08/20/2013
TIME: 08:00 AM
REPORT TO: Jury Assembly Room T-7100
SERVICE TERM: 1 day/1 trial
STANDBY STATUS: X
GROUP NUMBER: 00004

**JUROR BADGE**

TEAR
HERE

APPLY
FIRST CLASS
POSTAGE
HERE

**RETURN COMPLETED FORM TO:**

JURY SERVICES DIVISION
FULTON COUNTY COURTS
185 CENTRAL AVE SW STE T7100
ATLANTA GA 30335-3653

*FOLD HERE*

TEAR
HERE



18004633339
61586839 60819757
Carton #
Signed by: O Clark
        12 pieces

4-822-2031



E. All knives must be stored in knife racks when not in use and must be cleaned and sanitized in accordance with the sanitation manual procedures.

F. Safety gloves and/or mitts must be worn operating cooking and baking equipment.

G. All items stored in the overhead shelving must be placed there in an orderly fashion. Canned goods must not be stored on overhead shelving. Use only authorized stepladders, fully extended, to store or remove any item from the overhead shelving.

H. The draining and filtering of shortening from open or pressure fryers must be done into proper metal receptacles and at the coolest possible temperature; less than 100 degrees when possible.

I. All food preparation equipment must either be turned off when not in use or it must be maintained at the designated temperature for inactive periods.

J. Floor surfaces must be kept clean and free of debris, and spillages of any kind must be cleaned up as soon as they occur.

K. Any hazardous conditions of equipment must be reported to store management immediately.

L. All associates are to know the location and proper use of fire protection equipment available in the department.

M. Do not put hands or utensils into mixing bowls while mixer is operating.

N. All injuries must be reported to Store Management immediately.

## 9. <u>FOOD SAFETY/ OUT DATED MERCHANDISE</u>

The following policy applies to all products: Any product that is older than its identified "sell by" date, "use by" date, or "expiration" date (**as determined by the manufacturer or the policy of the respective merchandising department**), shall not be sold, purchased, consumed or donated for any purpose. This includes charitable contributions of any kind. Out-dated merchandise has no value and therefore should be disposed of, not donated, sold, purchased or consumed.

All products that are close dated, but within the date, should be handled in accordance with the policy of the respective merchandising department.

**The original"sell by" date will be reflected on all product. Out-dated merchandise should be disposed of promptly.**

Any commercial or Deli/Bakery product produced that is out of date may be donated to a recognized non-profit organization with the prior permission of Store Management. Due to the food safety concerns for our customers violations of this policy will be considered grounds for discharge.

DOL-442B1(R-08/09)
NM2006

GEORGIA DEPARTMENT OF LABOR
**CLAIMS EXAMINER'S DETERMINATION**

SSN _____ ***-**-4072

BYB _____ 08/27/13

CWB _____ 08/25/13

CAREER CENTER
3500
SOUTH METRO
2636-14 MLK JR. DRIVE
ATLANTA, GEORGIA 30311
FAX # (404) 505-4898

7000

| CLAIMANT | EMPLOYER |
|---|---|
| TANEASHIA S BROWN<br>1134 DONNELLY AVE<br>ATLANTA GA        30310 | THE KROGER CO<br>C/O TALX UCM SERVICES INC<br>P O BOX 283<br>ST. LOUIS  MO   63166 |

**SECTION I - CLAIM DETERMINATION**

Benefits are allowed as of 08/25/13.

**SECTION II - LEGAL BASIS FOR DETERMINATION**

Section 34-8-194 (2) (A) of the Employment Security Law says that you cannot be paid unemployment benefits if you were fired from your most recent employer for not following your employer's rules or orders. In addition, you may not be paid unemployment benefits if you were fired for failing to perform the duties for which you were hired, if that failure was within your control. You also cannot be paid benefits if you were suspended for any of these same reasons. The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits. If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time. To do this, you must find other work and earn wages covered under unemployment law. The covered wages must be at least ten times the weekly amount of your claim. If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

**SECTION III - REASONING**

You were fired for failing to obey rules of your employer when you violated the food safety policy. You have stated you did not fail to comply. For you to be disqualified, your employer must show that you failed to work as required. Your employer has not done so. Therefore, you can be paid unemployment benefits.

**SECTION IV - ACCOUNT CHARGEABILITY**

NOTICE TO EMPLOYER:

**SECTION V - APPEAL RIGHTS**

NOTE: This determination will become final unless you file an appeal on or before 10/03/13. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. **You will be required to repay the benefits received during the disqualification period, if a determination allowing benefits is reversed by an appeal decision.** Refer to the Claimant Handbook booklet or contact an office of the Georgia Department of Labor for more details.

| Georgia Department of Labor | 09/13/13 | 09/18/13 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

**WARNING:** It is a crime under Paragraph (a) of OCGA Section 34-8-256 of the Employment Security Law to make any false statement or to fail to disclose any material fact in connection with an unemployment insurance claim. **VIOLATORS WILL BE PROSECUTED.**

**UNEMPLOYMENT INSURANCE IS FINANCED WHOLLY BY AN EMPLOYER PAYROLL TAX;** no part is paid by the worker. Payments can be made only to those who meet **all** legal requirements.

**TO FILE A CLAIM** you must be either (a)totally or partially unemployed or (b)working part-time due to lack of work, and earning wages which total not more than your unemployment insurance weekly amount plus $50.00.

**YOUR UNEMPLOYMENT INSURANCE WILL LAST LONGER** if you work all you can. You may receive partial payments if you work and earn not more than your weekly amount plus $50.00. **ALL YOUR EARNINGS DURING YOUR CLAIM WEEK MUST BE REPORTED WHETHER OR NOT YOU HAVE BEEN PAID.**

**YOU MAY CLAIM PARTIAL UNEMPLOYMENT INSURANCE** if you are employed on a full-time job with a regular employer and, because of lack of work only, work less than full time during your work week and earn not more than your unemployment insurance weekly amount plus $50.00. See your employer or contact the Georgia Department of Labor Career Center.

**TO BE PAID UNEMPLOYMENT INSURANCE** after establishing your claim, the law requires that you: (a)be unemployed, either totally or partially; (b) **report for each week claimed;** (c) be able and available for work and be actively seeking work; (d) be willing to accept suitable work as determined by the Department of Labor; (e) not be subject to disqualification.

**ALSO, you must have returned to work and have earned insured wages equal to at least 10 times the weekly amount of your claim since** (a)establishing a previous claim; (b)voluntarily quitting your most recent job WITHOUT GOOD CAUSE CONNECTED WITH YOUR WORK even though you have good personal cause; (c)failing , WITHOUT GOOD CAUSE, either to apply for or accept available, suitable work; (d)DISCHARGE OR SUSPENSION for failure to obey orders, rules, or instructions, or for failure to discharge the duties for which employed.

**OR, you must have returned to work and have earned insured wages equal to at least 12 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving theft of property, goods, or money valued at $100.00 or less, or intentional conduct on the premises of the employer or while on the job, which results in a physical assault upon or bodily injury to the employer, fellow employees, customers, patients, bystanders, or the eventual consumer of products.

**OR, you must have returned to work and have earned insured wages equal to at least 16 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving property loss or damages amounting to $2,000.00 or more; for theft of property, goods, or money valued at over $100.00; or for sabotage or embezzlement.

**YOU CANNOT BE PAID UNEMPLOYMENT INSURANCE** for any week in which you are (a)on vacation or leave of absence at your own request; (b)receiving wages in lieu of notice, vacation pay or Worker's Compensation for temporary total or temporary partial disability; or (c)out of work due to a labor dispute.

**OCGA Section 34-8-122**
**PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER -** "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the Department of Labor or any of its agents, representatives or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."

If you have questions about your claim or don't receive checks, report to your Georgia Department of Labor Career Center. Delay could affect your future checks.